## WAIVER OF RIGHT TO IN-PERSON HEARING

I, Kevin M. Cronin, II, the undersigned, hereby waive, under Rule 43(b) of the Federal Rules of Criminal Procedure, my right to an in-person status hearing, scheduled for January 6, 2023, at 3 o'clock p.m. EST (12 o'clock noon PST) before United States District Judge Amy Berman Jackson, in case no. 22-cr-233 (ABJ) in the United States District Court for the District of Columbia.

My counsel, Nathan I. Silver, II, has explained to me my right to appear in person for my sentencing. I knowingly and voluntarily waive my right to appear in person and to appear instead by teleconference. I am satisfied with my counsel and execute this waiver after consultation with Mr. Silver.

Date: _December 28th_, 2022       _/s/ Kevin M. Cronin II_

Kevin M. Cronin, II

**FILED**
JAN - 4 2023
Clerk, U S District & Bankruptcy
Courts for the District of Columbia

22-CR-233-2 (ABJ)

