**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | **:** | |
| | **:** | **Case No. 1:22-CR-00233 (ABJ)** |
| **v.** | **:** | |
| | **:** | |
| **KEVIN M. CRONIN II,** | **:** | |
| | **:** | |
| **Defendant.** | **:** | |

**NOTICE OF FILING OF VIDEO**
**PURUSANT TO LOCAL CRIMINAL RULE 49**

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, hereby notifies the Court of the submission of video exhibits in support of sentencing in the above-captioned matter. As video clips, they are not in a format that readily permits electronic filing on CM/ECF. Video exhibits have been submitted to the Court and made available to defense counsel via the government's file-sharing site, USAfx. Each exhibit is identified and briefly described below.

- Exhibit 2: Open-source video showing Cronin at the rally

- Exhibit 3: Rioter video showing Cronin at the Upper West Plaza

- Exhibit 4: Open-source video showing Cronin at the Upper West Plaza

- Exhibit 5: Rioter video showing Cronin at the Upper West Plaza

- Exhibit 6: Open-source video showing Cronin at the Northwest Staircase

- Exhibit 7: Surveillance video showing Cronin enter the Capitol building

- Exhibit 8: Surveillance video showing Cronin in the Crypt

- Exhibit 9: Surveillance video showing Cronin near the Memorial Door

- Exhibit 10: Surveillance video showing Cronin in Statuary Hall

- Exhibit 11: Surveillance video showing Cronin in the Statuary Hall Connector hallway

1

- Exhibit 12: Surveillance video showing Cronin exit the Capitol building

- Exhibit 13: Surveillance video showing Cronin near the Northwest Courtyard

- Exhibit 14: Surveillance video showing Cronin enter the Capitol building

- Exhibit 15: Surveillance video showing Cronin in the Crypt

- Exhibit 16: Rioter video showing Cronin near the Senate Wing Door foyer

- Exhibit 17: Surveillance video showing Cronin exit the Capitol building

If the Court accepts these proposed video exhibits into evidence, the United States takes the position that the entered exhibits should be released to the public.

Respectfully submitted,

MATTHEW GRAVES
UNITED STATES ATTORNEY

By:   s/ *Will N. Widman*
      WILL N. WIDMAN
      Trial Attorney, Detailee