Honorable Judge Amy Berman Jackson,

   I hope this letter finds you well, although I understand that it may not be an easy task given the circumstances. I write to you today with a heavy heart, seeking your compassion and understanding regarding my son, Kevin Michael Cronin II.

   As you may already be aware, our lives were forever altered when we unexpectedly lost my beloved wife and Kevin's dear mother, Isela, to a devastating stroke on May 10th. The shock and grief that have consumed our family are almost too much to bear. Isela was the true heart and soul of our household, dedicating herself wholeheartedly to her children. Her unwavering love and compassion permeated every aspect of our lives.

   One of the precious rituals Isela shared with our youngest son, Blake, was their nightly prayers. Before bedtime, they would kneel together and implore God to watch over Kevin Michael, Dylan, and myself during these trying times. It was evident that Isela carried immense stress, and now, in the wake of her tragic passing, I cannot help but feel a burden of guilt for the suffering she endured.

   Prior to her passing, Isela had taken on the responsibility of home schooling our 11-year-old son, Blake. Kevin Michael, being the remarkable young man he is, lent a helping hand in assisting his mother with Blake's studies. However, with Isela's absence, I find myself relying on Kevin Michael's maturity and dependability to guide Blake through the remainder of the school year. Given that my work demands that I commute 42 miles from our home, Kevin Michael's support is indispensable in handling both Blake's academic needs and the day-to-day tasks essential to maintaining our household.

   I am fully aware that Isela composed a letter previously, but considering the circumstances we now face, I believed it necessary to reach out to you personally. I implore you to consider the immense weight this situation places upon Kevin Michael when determining his sentencing. I have unwavering faith in his character and unwavering belief that he will fulfill any responsibility entrusted to him.

During this transitional period, as we navigate the uncharted territories of our "new normal," I find solace in the hope that compassion and understanding will prevail. Your consideration of this letter will not only touch our lives but also contribute to the well-being of my children and myself.

With heartfelt gratitude,

Kevin M. Cronin